# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ORLANDO RESIDENCE LTD.,**

        Plaintiff,

    V.                                               CASE NUMBER: **04-C-439**

**GP CREDIT CO., LLC,**
**NASHVILLE LODGING COMPANY,**
**KENNETH NELSON,**
**SUSAN B. NELSON,**

        Defendants.

-----------------------------------------------------------------------------

**GP CREDIT CO., LLC,**

        Counter-claimant-
        Third-Party Plaintiff,

    V.

**ORLANDO RESIDENCE LTD.**,

        Counterclaim Defendant,

**ORLANDO RESIDENCE GENERAL,**
**SAMUEL HARDAGE,**

        Third-Party Defendants.

-----------------------------------------------------------------------------

---

**SUSAN B. NELSON,**

        Plaintiff,

        V.                                    CASE NUMBER: **07-C-436**

**ORLANDO RESIDENCE LTD.,**
**ORLANDO RESIDENCE GENERAL,**
**SAMUEL A. HARDAGE,**
**ADAM HARDAGE,**
**KATE ANCELL,**
**ORLANDO RESIDENCE LTD.,**

        Defendants.

---

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Orlando Residence Ltd.'s motion for judgment is granted-in-part and denied-in part such that GP Credit Co., LLC is the alter ego of Kenneth E. Nelson, and is liable for Orlando Residence Ltd.'s Judgment filed September 25, 2000, against Kenneth E. Nelson in the principal amount of $797,615.00.**

**GP Credit, Kenneth Nelson, and Susan Nelson are ENJOINED from filing any further legal actions or claims against Orlando Residence Ltd., Samuel Hardage, or any member of his family, without prior approval of this Court. Before taking any such action, they must file a motion for leave captioned in Case No. 04-C-439. The motion for leave to file must include a copy of this Order and a copy of the proposed filings.**

**These actions are hereby DISMISSED.**

    **April 23, 2009**                                                   **JON W. SANFILIPPO**
Date                                                                 Clerk

                                                                 s/ Linda M. Zik
                                                                   (By) Deputy Clerk